UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.L., *on behalf of herself on all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORP., *et al.*,<br><br>Defendants. | Case No. 1:23-cv-01769-NODJ-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 7) |

On December 26, 2023, Plaintiff I.L. initiated this action with the filing of a complaint against Defendants Six Flags Entertainment Corp. and Magic Mountain LLC. (Doc. 1).

Pending before the Court is the parties' stipulated request to extend time for Defendants' responsive pleading. (Doc. 7). The parties represent good cause warrants granting the relief requested as they are engaging in informal resolution of the relevant disputes. *Id*. In addition, Plaintiff anticipates filing an amended complaint.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendants shall have until **April 18, 2024**, to file a responsive pleading to Plaintiff's complaint.

///

///

1  The scheduling conference set for March 21, 2024, is continued to **May 16, 2024**, at 9:00 a.m., to accommodate the filing of any amended complaint and response thereto.

IT IS SO ORDERED.

Dated:  **March 14, 2024**

UNITED STATES MAGISTRATE JUDGE