UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.L., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIX FLAGS ENTERTAINMENT CORP. et al.,<br><br>    Defendants. | Case No. 1:23-cv-01769-KES-CDB<br><br>ORDER ON STIPULATION TO FILE CORRECTED FIRST AMENDED COMPLAINT<br><br>ORDER DIRECTING THE CLERK OF COURT TO STRIKE (Doc. 14) FROM THE DOCKET<br><br>(Doc. 21) |

Pending before the Court is the parties' stipulation to allow Plaintiffs to file a corrected first amended complaint ("FAC") and to strike the originally filed FAC. (Doc. 14) In support thereof, counsel for Plaintiffs represents that on the evening of April 19, 2024, counsel realized that the PDF document filed as the FAC contained two comment bubbles containing privileged attorney work product. The parties stipulate and agree to striking the originally filed FAC and that Plaintiffs file a corrected FAC that is identical to the initial FAC except for removal of the comment bubbles.

For good cause shown, it is HEREBY ORDERED:

1. Plaintiffs shall file a corrected first amended complaint, which is identical to (Doc. 14) in all respects, except for removal of the comment bubbles identified by the parties by no later than May 3, 2024.
2. The Clerk of Court is DIRECTED to STRIKE (Doc. 14) from the record.
3. Defendants' operative answer (Doc. 18) shall remain sufficient with respect to the

corrected first amended complaint, since the contents of the corrected pleading will not substantively change or otherwise moot the answer on file.

IT IS SO ORDERED.

Dated: __May 1, 2024__

UNITED STATES MAGISTRATE JUDGE